Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Michelle S. Lim (SBN 315691)
**SCHNEIDER WALLACE
COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile:  (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
mlim@schneiderwallace.com

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATOYA HONEY WALKER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NURSEFINDERS, LLC,<br><br>Defendant. | Case No.:   22-cv-04084-AGT<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO FILE SECOND AMENDED COMPLAINT**<br><br>Judge:           Hon. Alex G. Tse<br>Complaint Filed: July 12, 2022<br>Trial Date:      None Set |

STIPULATION AND [~~PROPOSED~~] ORDER TO FILE SECOND AMENDED COMPLAINT
*Latoya Honey Walker v. NurseFinders, LLC,* Case No. 22-cv-04084-AGT

73543307;1

1     Plaintiff LaToya Honey Walker ("Plaintiff") and Defendant Nursefinders, LLC

2    ("Defendant") (collectively, the "Parties"), by and through their attorneys of record, hereby

3    stipulate as follows:

4        1.      WHEREAS, on July 12, 2022, Plaintiff initiated this action (the "Action"), asserting

5    wage and hour claims under California law on behalf of a putative California Class against

6    Nursefinders, LLC and AMN Services, LLC, ECF No. 1;

7        2.      WHEREAS, on November 17, 2022, Plaintiff filed a first amended complaint, ECF

8    No. 25;

9        3.      WHEREAS, on December 1, 2022, Nursefinders, LLC and AMN Services, LLC filed

10   their respective answers to Plaintiff's first amended complaint, ECF Nos. 26-27;

11       4.      WHEREAS, on February 3, 2023, the Parties stipulated to dismiss AMN Services,

12   LLC, from the case, ECF No. 31;

13       5.      WHEREAS, on September 8, 2023, the Parties participated in a mediation with

14   experienced wage and hour class action mediator, Steve Pearl, in an attempt to informally resolve

15   the case, but the Parties did not reach a settlement at that time;

16       6.      WHEREAS on September 26, 2023, the Parties agreed to a mediator's proposal

17   outlining the substantive terms of a settlement, subject to the Court's approval;

18       7.      WHEREAS, the Parties are in the process of drafting and finalizing a long-form

19   version of the settlement;

20       8.      WHEREAS, pursuant to the Parties' agreement in principle to settle the above-

21   captioned action, the Parties agreed that Plaintiff would file a stipulation in this Action (that

22   Defendant would not oppose) for an order granting Plaintiff leave to amend the operative complaint

23   to assert claims for penalties under California Private Attorneys General Act ("PAGA") § 2699

24   arising from Defendant's alleged violations of the California Labor Code, to facilitate the settlement

25   of this Action;

26       9.      WHEREAS, Defendant has consented to Plaintiff amending the First Amended

27   Complaint to include claims asserted under the PAGA to be released as part of the settlement, and

28

STIPULATION AND [~~PROPOSED~~] ORDER TO FILE SECOND AMENDED COMPLAINT
*Latoya Honey Walker v. NurseFinders, LLC,* Case No. 22-cv-04084-AGT

1

73543307;1

minor typographical corrections to the caption and throughout the First Amended Complaint;

10.     WHEREAS, the proposed Second Amended Complaint, a true and correct copy of which is attached hereto as **Exhibit 1**,[1] adds claims for penalties under California Private Attorneys General Act ("PAGA") § 2699 arising from Defendant's alleged violations of the California Labor Code;

11.     WHEREAS, as part of the agreement in principle to settle the above-captioned action, Plaintiff is also sending a letter to the California Labor Workforce Development Agency ("LWDA") asserting additional PAGA claims that will be released as part of the settlement.  Such claims may be considered as not ripe until the LWDA has declined, within a statutory period, to respond to the claims.  However, the Parties have agreed that the Second Amended Complaint shall assert such claims in anticipation that the LWDA will decline to respond, and the amendment to add such claims shall be deemed effective when that statutory period has expired; and

12.     WHEREAS, the Parties have agreed that Defendant's deadline to respond to the Complaint in the Action will be stayed pending the Court's order on Plaintiff's motion for preliminary approval of the settlement.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that:

(a) Plaintiff should be granted leave to file her Second Amended Complaint, a true and correct copy of which is attached hereto as **Exhibit 1**;

(b) Defendant's deadline to file a responsive pleading shall be stayed pending the Court's order on Plaintiff's motion for preliminary approval of the settlement;

(c) The PAGA claims added to the Second Amended Complaint shall be deemed added and effective upon expiration of the statutory periods for the LWDA to respond to the supplemental PAGA letter; and

---

[1] Attached hereto is also Exhibit 2, which shows the modifications of the First Amended Complaint compared to the initial Complaint in redline format.

STIPULATION AND [PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT
*Latoya Honey Walker v. NurseFinders, LLC,* Case No. 22-cv-04084-AGT
2

73543307;1

(d) In the event the Court denies Plaintiff's motion for preliminary or final approval of the settlement, Defendant's deadline to file their responsive pleading shall be 3 weeks following the Court's order denying Plaintiff's motion for preliminary or final approval of the settlement.

**IT IS SO STIPULATED.**

Dated: November 6, 2023          By:   */s/ Michelle S. Lim*
                                                 Carolyn H. Cottrell
                                                 Ori Edelstein
                                                 Michelle S. Lim
                                                 SCHNEIDER WALLACE
                                                 COTTRELL KONECKY LLP

Attorneys for Plaintiff and the putative Class

Dated: November 6, 2023          By:   */s/ Nancy Sotomayor*
                                                 Sarah Kroll-Rosenbaum
                                                 Anthony D. Sbardellati
                                                 Nancy Sotomayor
                                                 AKERMAN LLP

Attorneys for Defendant Nursefinders, LLC

STIPULATION AND [~~PROPOSED~~] ORDER TO FILE SECOND AMENDED COMPLAINT
*Latoya Honey Walker v. NurseFinders, LLC,* Case No. 22-cv-04084-AGT
3

73543307;1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [~~PROPOSED~~] ORDER

Plaintiff LaToya Honey Walker ("Plaintiff") and Defendant Nursefinders LLC ("Defendant") have stipulated that Plaintiff may file her Second Amended Complaint. Having considered the Parties' stipulation, and for good cause shown, the Parties' Stipulation permitting Plaintiff to file a Second Amended Complaint is **GRANTED**.

Plaintiff shall file the Second Amended Complaint within seven (7) days of this order, and the deadline for Defendant to file its responsive pleading shall be stayed pending the Court's order on Plaintiff's motion for preliminary approval of the settlement. The PAGA claims added to the Second Amended Complaint shall be deemed added and effective upon expiration of the statutory period for the LWDA to respond to the supplemental PAGA letter; and in the event the Court denies Plaintiff's motion for preliminary or final approval of the settlement, Defendant's deadline to file their responsive pleading shall be 3 weeks following the Court's order denying Plaintiff's motion for preliminary or final approval of the settlement.

**IT IS SO ORDERED.**

Dated: November 8, 2023

_____
HON. ALEX G. TSE
MAGISTRATE JUDGE OF THE DISTRICT COURT

STIPULATION AND [~~PROPOSED~~] ORDER TO FILE SECOND AMENDED COMPLAINT
*Latoya Honey Walker v. NurseFinders, LLC,* Case No. 22-cv-04084-AGT
4

73543307;1