Carolyn Hunt Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com

Laurel N. Holmes (SBN 308515)
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
300 S Grand Avenue, Suite 2700
Los Angeles, California 90071
Tel: (213) 835-1550
Fax: (415) 421-7105
lholmes@schneiderwallace.com

*Attorneys for Plaintiff and the Putative Class, and on behalf of the State of California and aggrieved employees*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATOYA HONEY WALKER, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>NURSEFINDERS, LLC; AMN SERVICES, LLC; and DOES 1–100, inclusive.<br><br>Defendants. | Case No. 3:22-CV-04084-AGT<br><br>*Assigned to the Honorable Alex G. Tse*<br><br>**NOTICE OF LODGING [PROPOSED] REVISED ORDER GRANTING MOTION FOR FINAL APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT**<br><br>Date:        August 16, 2024<br>Time:       10:00 a.m.<br>Courtroom:  A, 15th Floor<br><br>Complaint Filed:   July 12, 2022<br>Trial Date:          None Set |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to the August 16, 2024 Minute Entry [Doc. 60], Plaintiff hereby lodges the [Proposed] Revised Order Granting Approval of Class and PAGA Action, a true and correct copy of which is attached hereto as **Exhibit A**.

Date: August 16, 2024                           Respectfully Submitted,

                                                */s/ Ori Edelstein*
                                                Carolyn Hunt Cottrell
                                                Ori Edelstein
                                                Laurel N. Holmes
                                                **SCHNEIDER WALLACE**
                                                **COTTRELL KONECKY LLP**

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the Northern District of California, by using the Court's CM/ECF system on August 16, 2024. Service will be accomplished on all parties by the Court's CM/ECF system.

                                         */s/ Ori Edelstein*
                                         Ori Edelstein